**People of the State of Illinois, Plaintiff-Appellee, v. Robert Preston, Defendant-Appellant.**

**Gen. No. 50,519. (Abstract of Decision.)**

First District, Second Division.

September 15, 1967.

Marvin S. Grant, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Oliver Ferguson, Assistant State's Attorneys, of counsel), for appellees. Opinion by JUSTICE BURKE. **Not to be published in full.**